# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

### Request for Modifying the Conditions or Term of Supervision
### from the Person Under Supervision
*(Probation Form 49, Waiver of Hearings is Attached)*

**Person Under Supervision**　　　　　　**Docket Number**
Kevin Matthew Bianchi　　　　　　　　　0971 3:19CR00512-001 SI

**Name of Sentencing Judge:**　　The Honorable Douglas L. Rayes
　　　　　　　　　　　　　　　　United States District Judge

**Date of Original Sentence:**　　November 13, 2017

**Original Offense**
Count 9: Fraud in Connection with Counterfeit Access Devices, 18 U.S.C. § 1029(a)(1) and 18 U.S.C. § 1029(c)(1)(A)(i), a Class C felony
Count 19: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1), a Class E felony

**Original Sentence:** 24 months imprisonment, which consists of time served on Count 9, and 24 months imprisonment on Count 19, to run consecutively, and thirty-six months of supervised release on count 9; twelve months supervised release on Count19 to run concurrently

Jurisdiction was accepted for transfer from the District of Arizona to the Northern District of California and assigned to the Honorable Susan Illston on October 9, 2019.

**Special Conditions:** cooperate in the collection of DNA; notify court of any material change in economic circumstances; access to financial information; prohibited from gambling; search; substance abuse treatment and testing; alcohol restriction; mental health treatment, $200 special assessment, and $5,978 restitution.

**Prior Form(s) 12:** None.

**Type of Supervision**　　　　　　　　**Date Supervision Commenced**
Supervised Release　　　　　　　　　　July 9, 2019
**Assistant U.S. Attorney**　　　　　　　**Defense Counsel**
Not Assigned　　　　　　　　　　　　　Not Appointed

**RE:**   Bianchi, Kevin Matthew                                                                                                 2
         0971 3:19CR00512-001 SI

**Petitioning the Court**

To modify the conditions of supervised release as follows:

1. **Substance Abuse Treatment** – You must participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program based upon your ability to pay.

2. **Place Restriction – Types of Establishments** – You must not knowingly enter any bar, tavern, liquor store or any other establishment whose primary sales revenue is derived from the sale of alcohol without first obtaining the permission of the probation officer.

3. **No Gambling** – You must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment, *except for the purpose of employment, as approved and directed by the probation officer*, where gambling is the primary purpose (e.g., horse tracks, off-track betting establishments).

4. **Alcohol Monitoring** – Defendant shall be subject to Soberlink SL3 alcohol monitoring for 30 days as directed by supervising officer, to commence upon completion of his inpatient testing. You must pay the costs of the program base upon your ability to pay.

**Cause**

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that Kevin Bianchi violated special condition number four that states, in part, he is prohibited from gambling. |
| | On October 23, 2020 the Northern District of California received information from the District of Nevada, that Bianchi admitted to "place money into slots machines while at the bar and has also placed sports bets to get free drinks." |
| | This charge is supported by the letter dated October 23, 2020 from the District of Nevada – Probation Office. |
| Two | There is probable cause to believe that Kevin Bianchi violated special condition number seven that states, in part, he must not use or possess alcohol or alcoholic beverages. |
| | On October 23, 2020 the Northern District of California received information from the District of Nevada, that Bianchi admitted to "consuming alcohol for months" and "consuming half-a-pint of vodka daily." |

**RE:**   Bianchi, Kevin Matthew 3
 0971 3:19CR00512-001 SI

This charge is supported by the letter dated October 23, 2020 from the District of Nevada – Probation Office.

Kevin Bianchi was being supervised by the Northern District of California, and on October 8, 2020 supervision was transferred to the District of Nevada. Bianchi requested the transfer to live with his fiancé, in addition, his mother whom he lived with also moved to Nevada. On October 23, 2020, the District of Nevada requested a modification of Bianchi's special conditions due to him admitting to drinking and gambling. Bianchi has agreed to enter an inpatient residential treatment to address his substance abuse. We ask for the conditions of supervised release be modified to add the above conditions.

Respectfully submitted,                                          Reviewed by:

_____                        _____
Grisel Gomez                                                           Kevin L. Thomas
U.S. Probation Officer                                             Supervisory U.S. Probation Officer
Date Signed: November 3, 2020

---

THE COURT ORDERS:

☒   To modify the conditions of probation as follows:

1. **Substance Abuse Treatment –** You must participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program based upon your ability to pay.

2. **Place Restriction – Types of Establishments** – You must not knowingly enter any bar, tavern, liquor store or any other establishment whose primary sales revenue is derived from the sale of alcohol without first obtaining the permission of the probation officer.

3. **No Gambling** – You must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment, *except for the purpose of employment, as approved and directed by the probation officer*, where gambling is the primary purpose (e.g., horse tracks, off-track betting establishments).

4. **Alcohol Monitoring** – Defendant shall be subject to Soberlink SL3 alcohol monitoring for 30 days as directed by supervising officer, to commence upon completion of his inpatient testing. You must pay the costs of the program based upon your ability to pay.

**RE:** Bianchi, Kevin Matthew  4
0971 3:19CR00512-001 SI

☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:

November 5, 2020
Date

_Susan Illston_
Susan Illston
Senior United States District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## Northern District of California

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Substance Abuse Treatment** – You must participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program based upon your ability to pay.

2. **Mental Health Treatment** – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program based upon your ability to pay.

3. **Place Restriction – Types of Establishments** – You must not knowingly enter any bar, tavern, liquor store or any other establishment whose primary sales revenue is derived from the sale of alcohol without first obtaining the permission of the probation officer.

4. **No Gambling** – You must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment, *except for the purpose of employment, as approved and directed by the probation officer,* where gambling is the primary purpose (e.g., horse tracks, off-track betting establishments).

5. **Alcohol Monitoring** – Defendant shall be subject to Soberlink SL3 alcohol monitoring for 30 days as directed by supervising officer, to commence upon completion of his inpatient testing. You must pay the costs of the program based upon your ability to pay.

Witness: *Laurita Stallworth*
U.S. Probation Officer
Witness

Signed: _____
Probationer or Supervised Releasee

Date: 10/23/20