# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

**Request for Modifying the Conditions or Term of Supervision
from the Person Under Supervision**
*(Probation Form 49, Waiver of Hearings is Attached)*

**Person Under Supervision**  
Kevin Matthew Bianchi

**Docket Number**  
0971 3:19CR00512-001 SI

**Name of Sentencing Judge:** The Honorable Douglas L. Rayes  
United States District Judge

**Date of Original Sentence:** November 13, 2017

**Original Offense**  
Count 9: Fraud in Connection with Counterfeit Access Devices, 18 U.S.C. § 1029(a)(1) and 18 U.S.C. § 1029(c)(1)(A)(i), a Class C felony  
Count 19: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1), a Class E felony

**Original Sentence:** 24 months imprisonment, which consists of time served on Count 9, and 24 months imprisonment on Count 19, to run consecutively, and thirty-six months of supervised release on count 9; twelve months supervised release on Count 19 to run concurrently

Jurisdiction was accepted for transfer from the District of Arizona to the Northern District of California and assigned to the Honorable Susan Illston on October 9, 2019.

**Special Conditions:** cooperate in the collection of DNA; notify court of any material change in economic circumstances; access to financial information; prohibited from gambling; search; substance abuse treatment and testing; alcohol restriction; mental health treatment, $200 special assessment, and $5,978 restitution

**Prior Form(s) 12:**  
On November 3, 2020, a Request for Modifying the Conditions or Term of Supervision from the Person Under Supervision was submitted due to Kevin Bianchi admitting to drinking and gambling. On November 5, 2020, the Court ordered to modify the special conditions to add the following: inpatient substance abuse treatment; place restriction – type of establishment; no gambling; and alcohol monitoring.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Not Assigned

**Date Supervision Commenced**  
July 9, 2019  
**Defense Counsel**  
Not Appointed

**RE:** Bianchi, Kevin Matthew 2
       0971 3:19CR00512-001 SI

## Petitioning the Court

To modify the conditions of supervised release as follows:

**Alcohol Monitoring** – Defendant shall be subject to Soberlink SL3 alcohol monitoring for 60 days as directed by the supervising officer. You must pay the costs of the program based upon your ability to pay.

Kevin Bianchi was being supervised by the Northern District of California, and on October 8, 2020, supervision was transferred to the District of Nevada. On November 5, 2020, Bianchi's special conditions were modified, and he entered an inpatient treatment program. On January 11, 2021, the District of Nevada reported Bianchi successfully completed inpatient treatment, gained employment, and completed 30 days of alcohol monitoring. Bianchi has requested an additional 60 days on the alcohol monitoring device. We ask for the conditions of supervised release be modified to add the above condition.

Respectfully submitted,                              Reviewed by:

_____                    _____
Grisel Gomez                                         Kevin L. Thomas
U.S. Probation Officer                               Supervisory U.S. Probation Officer
Date Signed: January 12, 2021

THE COURT ORDERS:

☒  To modify the conditions of probation as follows:

   **Alcohol Monitoring** – Defendant shall be subject to Soberlink SL3 alcohol monitoring for 60 days as directed by the supervising officer. You must pay the costs of the program based upon your ability to pay.

☐  Submit a request for a warrant
☐  Submit a request for summons
☐  Other:

January 14, 2021                                     _____
Date                                                 Susan Illston
                                                     Senior United States District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## Northern District of California

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Alcohol Monitoring** – Defendant shall be subject to Soberlink SL3 alcohol monitoring for 60 days as directed by the supervising officer. You must pay the costs of the program based upon your ability to pay.

Witness _____  Signed _____
Kamuela Kapanui                       Probationer or Supervised Releasee
2021.01.11
11:12:34 -08'00'
U.S. Probation Officer

01/11/2021
Date